HERRMANN FURNITURE & PLUMBERS' CABINET WORKS v. GERMAN EXCH. BANK.

(Supreme Court, Appellate Term. March 24, 1904.)

1. PAYMENT—CERTIFIED CHECK.

The delivery by a bank depositor of a certified check to his creditor in egal effect amounts to a payment by the depositor to the creditor of the amount of money called for by the check.

2. SAME—BANKS—CERTIFICATION.

Where a bank certifies a depositor's check, which is delivered by the depositor to his creditor the bank by such certification loses power to withhold payment from the holder of the check on demand.

Appeal from City Court of New York, Special Term.

Action by the Herrmann Furniture & Plumbers' Cabinet Works against German Exchange Bank. From an order of the New York City Court denying defendant's motion for an interpleader, defendant appeals. Affirmed.

Argued before FREEDMAN, P. J., and SCOTT and BLANCHARD, JJ.

Steiner & Peterson, for appellant.

Otto Greenberger, for respondent.

PER CURIAM. The delivery to the plaintiff of the certified check drawn on the defendant bank amounted in legal effect to the payment by the depositor to the plaintiffs of so much money. The bank was merely the custodian of the money for the plaintiff. By its certification of the check it lost all power to withhold it from the plaintiff, and was bound to pay it over to it as its sole property on demand. Merchants' Bank v. State Bank, 10 Wall. (U. S.) 647, 19 L. Ed. 1008.

The order denying the motion for an interpleader should be affirmed, with costs and disbursements.

¶ 1. See Payment, vol. 39, Cent. Dig. § 87.